FILED
CHARLOTTE, NC

NOV 10 2015

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | DOCKET NO. 3:15Cr77-RJC |
| ) | |
| v. ) | **ORDER TO SEAL INDICTMENT** |
| ) | |
| 2- ANTHONY SHAWN WILKERSON ) | |
| and ) | |
| 5- YATES SKI YATES, aka "Goo," ) | |
| ) | |

**UPON MOTION** of the United States of America, by and through Jill W. Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Indictment be sealed until further order of this court.

This __10__ day of __November__, 2015