**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:15-CR-077-RJC-DCK-5**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **ORDER OF CONTINUING** |
| vs. ) | **GARNISHMENT** |
| ) | |
| ) | |
| **JAMEL SKI YATES,** ) | |
| ) | |
| **Defendant,** ) | |
| and ) | |
| ) | |
| **BEVERLY KNITS INC.,** ) | |
| ) | |
| **Garnishee.** ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Order Of Continuing Garnishment" (Document No. 210) and the Answer of Beverly Knits Inc., as the Garnishee (Document No. 206). Judgment in the criminal case was filed on November 15, 2016 (Document No. 181). As part of that Judgment, the Defendant was ordered to pay an assessment of $100.00 and restitution of $251,146.70 to the victim of the crime. Id.

On March 18, 2021, the Court entered a Writ of Continuing Garnishment ("Writ") (Document No. 203) to the Garnishee, Beverly Knits Inc. The Garnishee was served with the Writ on March 24, 2021. The Defendant was served with the Writ and Instructions notifying him of his right to request a hearing on March 25, 2021. The Garnishee filed an Answer on May 4, 2021 (Document No. 206) stating that at the time of service of the Writ, the Garnishee had in its custody, control or possession property or funds owned by the Defendant, including non-exempt, disposable earnings. The Defendant filed a Motion for Hearing with the Court on May 18, 2021 (Document

No. 207). The United States filed a Response to Defendant's Pro Se Motion for Hearing on May 25, 2021 (Document No. 208). The Court entered an Order denying Defendant's Motion for Hearing on June 4, 2021 (Document No. 209).

**IT IS, THEREFORE, ORDERED** that an Order of Continuing Garnishment is hereby **ENTERED** in the amount of $208,993.94 computed through March 18, 2021. The Garnishee will pay the United States up to twenty-five percent of the Defendant's net earnings which remain after all deductions required by law have been withheld, and the Garnishee will continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant, or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

> Clerk of the United States District Court
> 401 West Trade Street
> Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:15CR77-5.

**IT IS FURTHER ORDERED** that the Garnishee will advise this Court if the Defendant's employment is terminated at any time by the Garnishee or the Defendant.

The Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED.**

Signed: June 9, 2021

David C. Keesler
United States Magistrate Judge