IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:15-CR-077-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JAMEL SKI YATES, ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| BEVERLY KNITS INC., ) | |
| Garnishee. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Order Of Continuing Garnishment (Document No. 222) filed August 2, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Government reports that Defendant is no longer employed by the Garnishee.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Order Of Continuing Garnishment (Document No. 222) is **GRANTED**. The "Order of Continuing Garnishment" (Document No. 221) filed in this case against Defendant, as to the Garnishee Beverly Knits Inc., is **DISMISSED**.

**SO ORDERED**.

Signed: August 2, 2023

David C. Keesler
United States Magistrate Judge